UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO, *Plaintiff*, v. U.S. DEPARTMENT OF LABOR, *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:18-cv-01830 (JEB) |

STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate

and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney

fees, and expenses.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Counsel for Defendants*

and

/s/_____
Paul D. Starr, Bar No. 442848
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, Maryland  21286
pstarr@abato.com
(410) 321-0990; (410) 321-1419 – fax

*Counsel for Plaintiff*